**HERBERT S. ROSENBLUM**
Attorney and Counselor at Law
A Professional Corporation
526 King Street, Suite 211
Alexandria, Virginia 22314

Mailing Address:
Post Office Box 58
Alexandria, Virginia 22313-0058

Telephone: 703/684-0060
Facsimile: 703/684-0072
E-Mail: herbert@hsrlawpc.com
E-Mail: herbrosenblum@mycomcast.com

**RECEIVED**

2009 MAR -4 P 3:21

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

March 4, 2009

**SENT VIA COURIER**

Clerk of Court
United States District Court
Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, Virginia 22314

      Re:   The AES Corporation; Robert Blair v.
              Case No.: 1:09-cv-220
              Our File No.: 4631/05

Dear Clerk:

      Enclosed for filing, please find the following documents in the above-captioned matter:

1. Consent Stipulation and Order
2. Copy of a letter from Herbert Rosenblum to Arthur Schwartzstein dated March 4, 2009, requesting his authorization to sign the Order on his behalf.
3. Copy of an email from Arthur Scwartzstein dated March 4, 2009, providing authorization for Herbert Rosenblum to sign on his behalf.

Thank you for your kind attention to this matter.

Very truly yours,

Herbert S. Rosenblum

HSR/del
Enclosure: As noted.
cc: Client

# HERBERT S. ROSENBLUM
Attorney and Counselor at Law
A Professional Corporation
526 King Street, Suite 211
Alexandria, Virginia 22314

Mailing Address:
Post Office Box 58
Alexandria, Virginia 22313-0058

Telephone: 703/684-0060
Facsimile: 703/684-0072
E-Mail: herbert@hsrlawpc.com
E-Mail: herbrosenblum@mycomcast.com

March 4, 2009

**SENT VIA EMAIL @ amslaw@aol.com**

Arthur M. Schwartzstein, Esquire
1420 Spring Hill Road
Suite 600
McLean, Virginia 22102-3030

      Re:    The AES Corporation; Robert Blair v.
                Case No.: 09-32
                Our File No.: 4631/05

Dear Art:

      Enclosed please find the draft Consent Stipulation and Order in the above-captioned matter. Should you have any suggested changes, please provide same to my office as soon as possible.

      If the Order meets with your approval, please forward an email authorizing me to provide your signature. Once I have received same, I will messenger the executed Order to the Court today.

      I hope you are feeling better. Should you have any questions or concerns, please feel free to contact me.

                                      Very truly yours,

                                      Herbert S. Rosenblum

HSR/del
Enclosure: As noted.
cc: Client via email

## Dell Lopez

**From:** Art Schwartzstein [amslaw@aol.com]
**Sent:** Wednesday, March 04, 2009 11:41 AM
**To:** Dell Lopez
**Subject:** Re: The AES Corporation; Robert Blair v.

Herb,

You are missing the Judge's and Magistrate Judge's Initials after the caption. Other than that, you're good to go.

Art